# Exhibit C

IN THE CIRCUIT COURT OF UPSHUR COUNTY, WEST VIRGINIA

AUDREY M. COLLINS,

      Plaintiff,

v.                                                  Case No. 16-C-110

OCWEN LOAN SERVICING, LLC,
and DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee for Novastar
Mortgage Funding Trust, Series 2007-1
Novastar Home Equity Loan
Asset-Backed Certificates, Series 2007-1,

      Defendants.

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from the Circuit Court of Upshur County, West Virginia to the United States District Court for the Northern District of West Virginia, Elkins Division (a copy of which, *excluding exhibits*, is attached as **Exhibit 1**) was filed on the 29th day of December, 2016, in the United States District Court for the Northern District of West Virginia, Elkins Division, thereby effecting removal of this action, and pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: December 29, 2016                          Respectfully submitted,

                                                                  OCWEN LOAN SERVICING, LLC,
                                                                   and DEUTSCHE BANK NATIONAL
                                                                   TRUST COMPANY, as Trustee for
                                                                   Novastar Mortgage Funding Trust, Series
                                                                   2007-1Novastar Home Equity Loan
                                                                   Asset-Backed Certificates, Series 2007-1,

                                                                   By: _____
                                                                                  Of Counsel

IN THE CIRCUIT COURT OF UPSHUR COUNTY, WEST VIRGINIA

AUDREY M. COLLINS,

    Plaintiff,

v.                                                       Case No. 16-C-110

OCWEN LOAN SERVICING, LLC,
and DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee for Novastar
Mortgage Funding Trust, Series 2007-1
Novastar Home Equity Loan
Asset-Backed Certificates, Series 2007-1,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2016, a true and correct copy of the foregoing *Notice of Filing of Notice of Removal* was sent via Federal Express to the following:

**Counsel to Plaintiff**
Michael C. Nissim-Sabat (WV State Bar No. 12233)
Lydia C. Milnes (WV State Bar No. 10598)
Mountain State Justice, Inc.
215 S. Third St., Ste. 901
Clarksburg, West Virginia 26301
Telephone: (304) 326-0188

Jason E. Causey (WV State Bar No. 9482)
Bordas & Bordas, PLLC
1358 National Road
Wheeling, West Virginia 26003
Telephone: (304 242-8410

/s/ Jason E. Manning
Jason E. Manning (WV Bar No. 11277)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email: jason.manning@troutmansanders.com

30038032v1