IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**AUDREY M. COLLINS**,

    Plaintiff,

v.                                                            Civil Action No. 2:16-cv-113
                                                                 (BAILEY)

**OCWEN LOAN SERVICING, LLC,**
and **DEUTSCHE BANK NATIONAL**
**TRUST COMPANY, as Trustee for Novastar**
**Mortgage Funding Trust, Series 2007-1**
**Novastar Home Equity Loan**
**Asset-Backed Certificates, Series 2007-1,**

    Defendants.

## ORDER DISMISSING CASE

Inasmuch as counsel have advised this Court that the parties have reached a settlement agreement on all matters in the above-styled action, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** November 3, 2017.

                                                JOHN PRESTON BAILEY
                                                UNITED STATES DISTRICT JUDGE